Richard A. Hearn, Esq., ISB #5574
T. Jason Wood, Esq., ISB #5016
HEARN & WOOD, LLP
1906 Jennie Lee Dr.
Idaho Falls, ID 83404
Telephone: (208) 497-0400
Fax: (208) 932-4380
Email: rick@hwlawpro.com
Email: jason@hwlawpro.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL ZEYEN,<br><br>Plaintiff,<br><br>v.<br><br>POCATELLO/CHUBBUCK SCHOOL DISTRICT #25, CENTURY HIGH SCHOOL, MARY M. VAGNER, JOHN DOES I-X,<br><br>Defendants. | Case No. 4:16-CV-458-BLW<br><br>DECLARATION OF T. JASON WOOD IN SUPPORT OF MOTION TO WITHDRAW |

I, T. Jason Wood, state and declare under penalty of perjury as follows:

1. I am an attorney licensed in the State of Idaho and by the United States District Court for the District of Idaho.

2. I am a partner in the firm Hearn & Wood, LLP, attorneys for Plaintiff, Michael Zeyen, in this matter and I make this Declaration from personal knowledge.

3. The recent addition of new partners and attorneys in my firm, and their professional and personal relationships, has made it impossible to continue this firm's attorney-client relationship with Plaintiff.

4. Mr. Zeyen has been advised of this impending withdrawal and has been advised of his rights and opportunity to select new counsel if T. Jason Wood and Hearn & Wood, LLP are allowed to withdraw in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States to the best of my knowledge and belief.

DATED this 21st day of November, 2016.

HEARN & WOOD, LLP

By: /s/____________________________
T. Jason Wood, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that I am a duly licensed attorney in the State of Idaho, resident of and with my office in Idaho Falls, Idaho; that on November 21, 2016 I caused a true and correct copy of the foregoing to be served upon the following persons at the addresses below their names either by depositing said document in the United States mail with the correct postage thereon, by hand delivery, by transmitting by facsimile, or by e-mail, as set forth below.

| | |
|---|---|
| Michael Zeyen | [ ] U.S. Mail |
| 1410 Coronado Ct | [ ] Hand Delivery |
| Pocatello, ID 83204 | [ ] Facsimile |
| *E-mail: mzeyen@me.com* | [X] E-mail |

HEARN & WOOD, LLP

By: /s/________________________
T. Jason Wood, Esq.

J:\TJW\4126 ZEYEN\PLEADINGS\006 Decl Mot Withdraw.docx