Brian K. Julian – ISB No. 2360
Andrea J. Fontaine – ISB No. 7175
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone: (208) 344-5800
Facsimile: (208) 344-5510
E-Mail: bjulian@ajhlaw.com
ajfontaine@ajhlaw.com

Attorneys for Defendants Pocatello/Chubbuck
School District #25, which includes Century High
School, and Mary M. Vagner

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL ZEYEN,<br><br>Plaintiff,<br><br>vs.<br><br>POCATELLO/CHUBBUCK SCHOOL DISTRICT #25, CENTURY HIGH SCHOOL, MARY M. VAGNER and JOHN DOES I-X,<br><br>Defendants. | Case No. 4:16-cv-00458-DCN<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

**COMES NOW**, the above-entitled Plaintiff Michael Zeyen, by and through his attorneys of record, Ferguson Durham, PLLC, and Defendants Pocatello/Chubbuck School District #25 and Mary M. Vagner, by and through their counsel of record, Anderson, Julian & Hull, LLP, and stipulate that the above entitled action, having been fully compromised and settled, shall be dismissed with prejudice with each party to bear its own costs and fees.

STIPULATION TO DISMISS WITH PREJUDICE - 1

DATED this 28th day of June, 2018.

FERGUSON DURHAM, PLLC

By _____
Craig Durham
2018.06.28
11:05:57 -06'00'

Deborah A. Ferguson
Craig H. Durham, Of the Firm
Attorneys for Plaintiff, Michael Zeyen


DATED this 28th day of June, 2018.

ANDERSON, JULIAN & HULL LLP

By _____
Brian K. Julian, Of the Firm
Attorneys for Defendants
Pocatello/Chubbuck School District #25,
which includes Century High School,
and Mary M. Vagner

STIPULATION TO DISMISS WITH PREJUDICE - 2

CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 20th day of June, 2018, I served a true and correct copy of the foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

| | | |
|---|---|---|
| Deborah A. Ferguson<br>Craig H. Durham<br>FERGUSON DURHAM, PLLC<br>223 N. 6th Street, Suite 325<br>Boise, ID 83702<br>T: (208) 345-5183<br>F: (208) 906-8663<br>E: daf@fergusondurham.com<br>   chd@fergusondurham.com<br>Attorneys for Plaintiff | [ ]<br>[ ]<br>[ ]<br>[ ]<br>[X]<br>[X] | U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>Facsimile<br>E-mail<br>ECF |

_____
Brian K. Julian

STIPULATION TO DISMISS WITH PREJUDICE - 3